RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
RAQUEL LAZO
Assistant Federal Public Defender
Nevada State Bar N. 8540
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Raquel_Lazo@fd.org

Attorney for Jakarr Dudley

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-CR-037-GMN-NJK |
| Plaintiff, | **STIPULATION TO CONTINUE PRETRIAL MOTION DEADLINES** |
| v. | (First Request) |
| JAKARR DUDLEY, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Brian Y. Whang, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Raquel Lazo, Assistant Federal Public Defender, counsel for Jakarr Dudley, that the previously ordered deadline for filing of pretrial motions be vacated and that the parties herein shall have to and including September 7, 2020, within which to file the Defendant's pretrial motions currently due August 7, 2020.

IT IS FURTHER STIPULATED AND AGREED, by and between the parties, that they shall have to and including September 21, 2020, to file any and all responsive pleadings, currently due August 21, 2020.

IT IS FURTHER STIPULATED AND AGREED, by and between the parties, that they shall have to and including September 28, 2020, to file any and all replies to dispositive motions, currently due August 28, 2020.

The Stipulation is entered into for the following reasons:

1. Defense counsel requires additional time to conduct investigation concerning a potential pretrial motion to suppress.

2. The defendant is not incarcerated and does not object to the continuance.

3. The parties agree to the continuance.

4. Additionally, denial of this request for continuance could result in a miscarriage of justice.

This is the first stipulation to continue filed herein.

DATED this 5th day of August, 2020.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
| */s/ Raquel Lazo*<br>By_____<br>RAQUEL LAZO<br>Assistant Federal Public Defender | */s/ Brian Y. Whang*<br>By_____<br>BRIAN Y. WHANG<br>Assistant United States Attorney |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>JAKARR DUDLEY,<br><br>        Defendant. | Case No. 2:20-CR-037-GMN-NJK<br><br>FINDINGS OF FACT, CONCLUSIONS OF LAW AND ORDER |

**FINDINGS OF FACT**

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. Defense counsel requires additional time to conduct investigation concerning a potential pretrial motion to suppress.

2. The defendant is not incarcerated and does not object to the continuance.

3. The parties agree to the continuance.

4. Additionally, denial of this request for continuance could result in a miscarriage of justice.

**ORDER**

IT IS THEREFORE ORDERED that the parties herein shall have to and including September 7, 2020 within which to file the Defendant's pretrial motions.

IT IS FURTHER STIPULATED AND AGREED, by and between the parties, that they shall have to and including September 21, 2020 to file any and all responsive pleadings.

IT IS FURTHER STIPULATED AND AGREED, by and between the parties, that they shall have to and including September 28, 2020 to file any and all replies to dispositive motions.

DATED this __5th__ day of August, 2020.

_____
UNITED STATES MAGISTRATE JUDGE

2