RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
RAQUEL LAZO
Assistant Federal Public Defender
Nevada State Bar No. 8540
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Raquel_Lazo@fd.org

Attorney for Jakarr Dudley

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>JAKARR DUDLEY,<br><br>        Defendant. | Case No. 2:20-CR-037-GMN-NJK<br><br>**STIPULATION TO CONTINUE PRETRIAL MOTION DEADLINES**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Brian Y. Whang, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Raquel Lazo, Assistant Federal Public Defender, counsel for Jakarr Dudley, that the previously ordered deadline for filing of pretrial motions be vacated and that the parties herein shall have to and including September 11, 2020, within which to file the Defendant's pretrial motions currently due September 7, 2020.

IT IS FURTHER STIPULATED AND AGREED, by and between the parties, that they shall have to and including September 25, 2020, to file any and all responsive pleadings, currently due September 21, 2020.

IT IS FURTHER STIPULATED AND AGREED, by and between the parties, that they shall have to and including October 2, 2020, to file any and all replies to dispositive motions, currently due September 28, 2020.

The Stipulation is entered into for the following reasons:

1. Defense counsel requires additional time to investigate issues pertaining to the suppression motion.

2. The defendant is incarcerated and does not object to the continuance.

3. The parties agree to the continuance.

4. The additional time requested herein is not sought for purposes of delay, but merely to allow counsel for defendant sufficient time within which to discuss the proposed resolution with her client.

5. Additionally, denial of this request for continuance could result in a miscarriage of justice.

This is the first stipulation to continue filed herein.

DATED this 8th day of September 2020.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
| */s/ Raquel Lazo*<br>By_____<br>RAQUEL LAZO<br>Assistant Federal Public Defender | */s/ Brain Y. Whang*<br>By_____<br>BRIAN Y. WHANG<br>Assistant United States Attorney |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    v.<br><br>JAKARR DUDLEY,<br><br>            Defendant. | Case No. 2:20-CR-037-GMN-NJK<br><br>FINDINGS OF FACT, CONCLUSIONS OF LAW AND ORDER |

## FINDINGS OF FACT

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. Defense counsel requires additional time to investigate issues pertaining to the suppression motion.

2. The defendant is incarcerated and does not object to the continuance.

3. The parties agree to the continuance.

4. The additional time requested herein is not sought for purposes of delay, but merely to allow counsel for defendant sufficient time within which to discuss the proposed resolution with her client.

5. Additionally, denial of this request for continuance could result in a miscarriage of justice.

/ / /

/ / /

/ / /

**ORDER**

IT IS THEREFORE ORDERED that the parties herein shall have to and including September 11, 2020 within which to file the Defendant's pretrial motions.

IT IS FURTHER STIPULATED AND AGREED, by and between the parties, that they shall have to and including September 25, 2020 to file any and all responsive pleadings.

IT IS FURTHER STIPULATED AND AGREED, by and between the parties, that they shall have to and including October 2, 2020 to file any and all replies to dispositive motions.

DATED this 9th day of September 2020.

_____
UNITED STATES MAGISTRATE JUDGE