NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar Number 13644
BRIAN WHANG
Assistant United States Attorney
501 Las Vegas Blvd., South, Ste. 1100
Las Vegas, Nevada 89101
(702) 388-6336 / Fax: (702) 388-6418
brian.whang@usdoj.gov

*Representing the United States of America*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>JAKARR DUDLEY,<br><br>　　　　　　Defendant. | Case No. 2:20-cr-00037-GMN-NJK<br><br>**STIPULATION TO CONTINUE RESPONSE TO FILED MOTION**<br><br>(*First Request*) |

　　　　IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Brian Whang, Assistant United States Attorney, counsel for the United States of America, and Raquel Lazo, Assistant Federal Public Defender, counsel for Jakarr Dudley, that the due date for the Government's Response to Defendant's Motion to Suppress, filed on September 11, 2020, be extended fourteen (14) days from September 25, 2020 to October 9, 2020.

　　　　This Stipulation is entered into for the following reasons:

　　　　1.　　Counsel for the Government needs additional time to respond to Defendant's Motion to Supress filed on September 11, 2020.

　　　　2.　　The parties agree to the continuance.

3. The additional time requested by this Stipulation is made in good faith and not for purposes of delay.

4. This is the first stipulation to be filed herein.

DATED this 22nd day of September, 2020.

| NICHOLAS A. TRUTANICH, | RENE VALLADARES |
|---|---|
| United States Attorney | Federal Public Defender |
| | |
| By: /s/ Brian Y. Whang | By: /s/ Raquel Lazo |
| BRIAN Y. WHANG | RAQUEL LAZO, AFPD |
| Assistant United States Attorney | Counsel for Jakarr Dudley |

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>      vs.<br><br>JAKARR DUDLEY,<br><br>           Defendant. | Case No. 2:20-cr-00037-GMN-NJK<br><br>ORDER |

## FINDINGS OF FACT

1. Counsel for the Government needs additional time to respond to Defendant's Motion to Suppress filed on September 11, 2020.

2. The parties agree to the continuance.

3. The additional time requested by this Stipulation is made in good faith and not for purposes of delay.

4. This is the first stipulation to be filed herein.

\ \ \

\ \ \

\ \ \

\ \ \

\ \ \

\ \ \

\ \ \

**ORDER**

IT IS THEREFORE ORDERED that the Government herein shall have to and including October 9, 2020, to file any and all Responses to Defendant's Motion to Suppress.

IT IS FURTHER STIPULATED AND AGREED, by and between the parties, that Defendant shall have to and including October 16, 2020, to file any and all replies.

DATED this 23rd day of September, 2020.

_____
UNITED STATES MAGISTRATE JUDGE