RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
RAQUEL LAZO
Assistant Federal Public Defender
Nevada State Bar No. 8540
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Raquel_lazo@fd.org

Attorney for Jakarr Dudley

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>JAKARR DUDLEY,<br><br>          Defendant. | Case No. 2:20-CR-037-GMN-NJK<br><br>**STIPULATION TO CONTINUE REPLY DEADLINE TO GOVERNMENT'S RESPONSE (ECF NO. 28) TO MOTION TO SUPPRESS (ECF NO. 23)**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Brian Y. Whang, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Raquel Lazo, Assistant Federal Public Defender, counsel for Jakarr Dudley, that the reply deadline to the Government's Response (ECF No. 28) to Defendant's Motion to Suppress (ECF No. 23) currently scheduled for Friday, October 16, 2020, be vacated and set to Friday, October 23, 2020.

This Stipulation is entered into for the following reasons:

1. Defense counsel needs additional time to review the response with Mr. Dudley and draft a reply.

2. The defendant is not incarcerated and does not object to the continuance.

3. The parties agree to the continuance.

4. The additional time requested herein is not sought for purposes of delay, but merely to allow counsel for defendant sufficient time within which to be able to effectively prepare a reply.

5. Additionally, denial of this request for continuance could result in a miscarriage of justice.

This is the first request to continue the reply deadline dates filed herein.

DATED this 14th day of October, 2020.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | NCHOLAS A. TRUTANICH<br>United States Attorney |
| */s/ Raquel Lazo*<br>By_____<br>RAQUEL LAZO<br>Assistant Federal Public Defender | */s/ Brian Y. Whang*<br>By_____<br>BRIAN Y. WHANG<br>Assistant United States Attorney |

**UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JAKARR DUDLEY,<br><br>　　　　　Defendant. | Case No. 2:20-CR-037-GMN-NJK<br><br>ORDER |

**ORDER**

IT IS THEREFORE ORDERED that defense counsel's replies to the Government's Response (ECF No. 28) to Defendant's Motion to Suppress (ECF No. 23) currently due on Friday, October 16, 2020, be vacated and continued to Friday, October 23, 2020.

DATED this 14th day of October, 2020.

_____
UNITED STATES MAGISTRATE JUDGE