RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
RAQUEL LAZO
Assistant Federal Public Defender
Nevada State Bar No. 8540
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Raquel_lazo@fd.org

Attorney for Jakarr Dudley

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>      v.<br><br>JAKARR DUDLEY,<br><br>           Defendant. | Case No. 2:20-CR-037-GMN-NJK<br><br>**STIPULATION TO CONTINUE REPLY DEADLINE TO GOVERNMENT'S RESPONSE (ECF NO. 28) TO MOTION TO SUPPRESS (ECF NO. 23)**<br>(Second Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Brian Y. Whang, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Raquel Lazo, Assistant Federal Public Defender, counsel for Jakarr Dudley, that the reply deadline to the Government's Response (ECF No. 28) to Defendant's Motion to Suppress (ECF No. 23) currently scheduled for Friday, October 23, 2020, be vacated and set to Wednesday, October 28, 2020.

This Stipulation is entered into for the following reasons:

1. Defense counsel requires additional time to file Mr. Dudley's reply. Defense counsel has had other competing deadlines, including a continued evidentiary hearing in *United States v. Carter*, 2:19-cr-093-RFB-EJY (October 22, 2020) and an evidentiary hearing in *United States v. Nivongso*, 2:19-cr-323-RFB-NJK (October 27, 2020).

2. Defense counsel does not anticipate any further requested continuances absent extraordinary circumstances.

3. The defendant is not incarcerated and does not object to the continuance.

4. The parties agree to the continuance.

5. The additional time requested herein is not sought for purposes of delay, but merely to allow counsel for defendant sufficient time within which to be able to effectively prepare a reply.

6. Additionally, denial of this request for continuance could result in a miscarriage of justice.

This is the second request to continue the reply deadline dates filed herein.

DATED this 22nd day of October, 2020.

RENE L. VALLADARES  
Federal Public Defender

*/s/ Raquel Lazo*  
By_____  
RAQUEL LAZO  
Assistant Federal Public Defender

NCHOLAS A. TRUTANICH  
United States Attorney

*/s/ Brian Y. Whang*  
By_____  
BRIAN Y. WHANG  
Assistant United States Attorney

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>   v.<br><br>JAKARR DUDLEY,<br><br>       Defendant. | Case No. 2:20-CR-037-GMN-NJK<br><br>ORDER |

**ORDER**

    IT IS THEREFORE ORDERED that defense counsel's replies to the Government's Response (ECF No. 28) to Defendant's Motion to Suppress (ECF No. 23) currently due on Friday, October 23, 2020, be vacated and continued to Wednesday, October 28, 2020.

    DATED this  23  day of October, 2020.

                                                               UNITED STATES MAGISTRATE JUDGE