RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
RAQUEL LAZO
Assistant Federal Public Defender
Nevada State Bar No. 8540
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Raquel_lazo@fd.org

Attorney for Jakarr Dudley

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-CR-037-GMN-NJK |
| Plaintiff, | **STIPULATION TO CONTINUE REPLY DEADLINE TO GOVERNMENT'S RESPONSE (ECF NO. 28) TO MOTION TO SUPPRESS (ECF NO. 23)** |
| v. | |
| JAKARR DUDLEY, | |
| Defendant. | (Third Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Brian Y. Whang, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Raquel Lazo, Assistant Federal Public Defender, counsel for Jakarr Dudley, that the reply deadline to the Government's Response (ECF No. 28) to Defendant's Motion to Suppress (ECF No. 23) currently scheduled for Wednesday, October 28, 2020, be vacated and set to Friday, October 30, 2020.

1        This Stipulation is entered into for the following reasons:

2        1.      In the last requested continuance, defense counsel represented that she did not

3    anticipate any further continuances. On or about the time the stipulation was requested, defense

4    counsel requested government counsel to produce additional discovery she believed was

5    relevant to the motion. The parties originally anticipated that the discovery would be produced

6    on Monday. Despite the government's diligence, there was a slight delay with obtaining the

7    requested discovery. Government counsel is expected to produce the documents to defense

8    counsel by this afternoon.

9        2.      Accordingly, defense counsel now requests until Friday to review these

10   documents and complete her reply.

11       3.      The defendant is not incarcerated and does not object to the continuance.

12       4.      The parties agree to the continuance.

13       5.      The additional time requested herein is not sought for purposes of delay, but

14   merely to allow counsel for defendant sufficient time within which to be able to effectively

15   prepare a reply.

16       6.      Additionally, denial of this request for continuance could result in a miscarriage

17   of justice.

18       This is the third request to continue the reply deadline dates filed herein.

19       DATED this 28th day of October, 2020.

20

21   RENE L. VALLADARES                    NCHOLAS A. TRUTANICH
     Federal Public Defender              United States Attorney

22

23        /s/ Raquel Lazo                      /s/ Brian Y. Whang
     By_____          By_____

24   RAQUEL LAZO                          BRIAN Y. WHANG
     Assistant Federal Public Defender    Assistant United States Attorney

25

26

2

1
2

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

3

UNITED STATES OF AMERICA,

Case No. 2:20-CR-037-GMN-NJK

4

Plaintiff,

ORDER

5

v.

6

JAKARR DUDLEY,

7

Defendant.

8
9

**ORDER**

10

IT IS THEREFORE ORDERED that defense counsel's replies to the Government's

11

Response (ECF No. 28) to Defendant's Motion to Suppress (ECF No. 23) currently due on

12

Wednesday, October 28, 2020, be vacated and continued to Friday, October 30, 2020.

13

DATED this 28th day of October, 2020.

14
15
16

UNITED STATES MAGISTRATE JUDGE

17
18
19
20
21
22
23
24
25
26