RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
RAQUEL LAZO
Assistant Federal Public Defender
Nevada State Bar No. 8540
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Raquel_Lazo@fd.org

Attorney for Jakarr Dudley

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>JAKARR DUDLEY,<br><br>        Defendant. | Case No. 2:20-CR-037-GMN-NJK<br><br>**STIPULATION TO CONTINUE EVIDENTIARY HEARING**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Brian Y. Whang, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Raquel Lazo, Assistant Federal Public Defender, counsel for Jakarr Dudley, that the Evidentiary Hearing currently scheduled on January 14, 2021 at 1:00 pm, be vacated and continued to a date and time convenient to the Court, but no sooner than seven (7) days.

This Stipulation is entered into for the following reasons:

1. Defense counsel has a medical appointment that conflicts with the currently scheduled hearing.

2. Assuming this Court grants this request to continue, the parties would further request that the hearing be rescheduled after January 19, 2021. Both government and defense counsel have an evidentiary hearing scheduled for January 19, 2021 in another matter.

3. The defendant is not in custody and agrees with the need for the continuance.

4. The parties agree to the continuance.

This is the first request for a continuance of the evidentiary hearing.

DATED this 4th day of January, 2021.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
| */s/ Raquel Lazo*<br>By_____<br>RAQUEL LAZO<br>Assistant Federal Public Defender | */s/ Brian Y. Whang*<br>By_____<br>BRIAN Y. WHANG<br>Assistant United States Attorney |

2

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JAKARR DUDLEY,<br><br>　　　　　Defendant. | Case No. 2:20-CR-037-GMN-NJK<br><br>**ORDER** |

　　　IT IS THEREFORE ORDERED that the evidentiary hearing currently scheduled for Thursday, January 14, 2021 at 1:00 p.m., be vacated and continued to January 25, 2021, at 10:00 a.m., in Courtroom 3C.

　　　DATED: January 4, 2021.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE