CHRISTOPHER CHIOU
Acting United States Attorney
District of Nevada
Nevada Bar Number 14853
BRIAN WHANG
Assistant United States Attorney
501 Las Vegas Blvd., South, Ste. 1100
Las Vegas, Nevada 89101
(702) 388-6336 / Fax: (702) 388-6418
brian.whang@usdoj.gov

*Representing the United States of America*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> JAKARR DUDLEY, <br><br> Defendant. | Case No. 2:20-cr-00037-GMN-NJK <br><br> **STIPULATION TO CONTINUE GOVERNMENT'S OBJECTIONS TO MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION** <br><br> (*First Request*) |

IT IS HEREBY STIPULATED AND AGREED, by and between CHRISTOPHER CHIOU, Acting United States Attorney, and Brian Whang, Assistant United States Attorney, counsel for the United States of America, and Raquel Lazo, Assistant Federal Public Defender, counsel for Jakarr Dudley, that the due date for the Government to file its written objections to the Magistrate Judge's Order (ECF No. 72), entered on April 8, 2021, be continued from April 22, 2021 to May 6, 2021.

This Stipulation is entered into for the following reasons:

1. Counsel for the Government needs additional time to review and file its

written objections of the Magistrate Judge's Report and Recommendation.

2. The parties agree to the continuance.

3. The additional time requested by this Stipulation is made in good faith and not for purposes of delay.

4. This is the first stipulation to be filed herein.

DATED this 19th day of April, 2021.

| | |
|---|---|
| CHRISTOPHER CHIOU,<br>Acting United States Attorney | RENE VALLADARES<br>Federal Public Defender |
| By: /s/ Brian Y. Whang<br>BRIAN Y. WHANG<br>Assistant United States Attorney | By: /s/ Raquel Lazo<br>RAQUEL LAZO, AFPD<br>Counsel for Jakarr Dudley |

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>JAKARR DUDLEY,<br><br>  Defendant. | Case No. 2:20-cr-00037-GMN-NJK<br><br>**ORDER** |

### ORDER

IT IS THEREFORE ORDERED that the Government herein shall have to and including May 6, 2021 to file its written objections to the Magistrate Judge's Report and Recommendation (ECF No. 74).

**IT IS SO ORDERED.**

Dated this __20__ day of April, 2021

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT