CHRISTOPHER CHIOU
Acting United States Attorney
District of Nevada
Nevada Bar Number 14853
BRIAN Y. WHANG
Assistant United States Attorney
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Brian.Whang@usdoj.gov

*Representing the United States of America*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JAKARR DUDLEY,<br><br>Defendant. | Case No. 2:20-cr-00037-GMN-NJK<br><br>**MOTION AND ORDER TO DISMISS INDICTMENT WITHOUT PREJUDICE** |

The United States of America by Christopher Chiou, Acting United States Attorney for the District of Nevada, and Brian Whang, Assistant United States Attorney, requests pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, that the Court enter an order allowing the government to dismiss without prejudice the charges brought against defendant Jakarr Dudley contained in the Indictment in case number 2:20-cr-00037-GMN-NJK.

\ \ \

\ \ \

\ \ \

\ \ \

1

DATED this 2nd day of July 2021.

                              Respectfully submitted,

                              CHRISTOPHER CHIOU
                              Acting United States Attorney

                              */s/ Brian Whang*
                              BRIAN WHANG
                              Assistant United States Attorney

**UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>JAKARR DUDLEY,<br><br>　　　　　　Defendant. | Case No. 2:20-cr-00037-GMN-NJK<br><br>**ORDER OF DISMISSAL OF THE INDICTMENT WITHOUT PREJUDICE** |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and upon leave of Court, the Acting United States Attorney for the District of Nevada hereby dismisses without prejudice the charges brought against defendant Jakarr Dudley contained in the Indictment in case number 2:20-cr-00037-GMN-NJK.

　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　CHRISTOPHER CHIOU
　　　　　　　　　　　　　　　　　Acting United States Attorney

　　　　　　　　　　　　　　　　　*/s/ Brian Whang*
　　　　　　　　　　　　　　　　　BRIAN WHANG
　　　　　　　　　　　　　　　　　Assistant United States Attorney

Leave of Court is granted for the filing of the foregoing dismissal of the charges brought against defendant Jakarr Dudley contained in the Indictment in case number 2:20-cr-00037-GMN-NJK.

　　　　　　　　　　　　　　　　　**IT IS SO ORDERED.**

　　　　　　　　　　　　　　　　　Dated this __7__ day of July, 2021

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　Gloria M. Navarro, District Judge
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT